UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. CROZIER,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY HEALTH TEAM, INC.,<br><br>Defendant. | Case No.  1:24-cv-00255-KES-FRS (EPG)<br><br>**ORDER DIRECTING SERVICE OF THE UNITED STATES MARSHAL WITHOUT PAYMENT OF COSTS**<br><br>(Doc. 28) |

Plaintiff Mark A. Crozier ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, initiated this civil action on February 29, 2024.  (Doc. 1.)  On February 27, 2026, the Court issued an order finding service of the fourth amended complaint appropriate and forwarding service documents to Plaintiff to complete and return within thirty days.  (Doc. 26.)  On March 18, 2026, Plaintiff submitted the requested documents and filed the completed one page Notice of Submission of Documents.  (Doc. 28.)

Accordingly, the Court ORDERS that:

1.  Within ninety days of the date of this Order, the United States Marshal shall:

    a.  Serve process and a copy of this order upon the defendant VALLEY HEALTH TEAM, INC. pursuant to Federal Rule of Civil Procedure 4(i) without prepayment of costs.

    b.  Within ten days after service is effectuated, the United States Marshal shall file the

1

return of service for the defendant.

    c.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on the VALLEY HEALTH TEAM, INC. within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

Dated:   **March 23, 2026**        /s/ _Eric P. Grosjean_

                                      UNITED STATES MAGISTRATE JUDGE