UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. CROZIER,<br><br>        Plaintiff,<br><br>    v.<br><br>VALLEY HEALTH TEAM, INC.,<br><br>        Defendant. | Case No.  1:24-cv-00255-KES-FJS<br><br>ORDER REGARDING STATUS OF SERVICE OF THE UNITED STATES MARSHAL WITHOUT PAYMENT OF COSTS<br><br>(ECF No. 31) |

Plaintiff Mark A. Crozier ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, initiated this civil action on February 29, 2024. (ECF No. 1.) On February 27, 2026, the court issued an order finding service of the fourth amended complaint appropriate and forwarding service documents to Plaintiff to complete and return within thirty days. (ECF No. 26.) On March 18, 2026, Plaintiff submitted the requested documents and filed the completed one page notice of submission of documents. (ECF No. 28.) On March 25, 2026, the United States Marshal was ordered to serve Defendant Valley Health Team, Inc. ("Defendant") (ECF No. 30.) On June 30, 2026, Plaintiff filed a request for status regarding service of Defendant. (ECF No. 31.) Due to inadvertence, the United States Marshall did not serve Defendant and did not update the court regarding the status of service on Defendant.

Accordingly, the court ORDERS that:

1. Within thirty days of the date of this order, the United States Marshal shall:

    a.  Serve process and a copy of this order upon Defendant Valley Health Team, Inc. pursuant to Federal Rule of Civil Procedure 4(c) without prepayment of costs;

    b.  Within ten days after service is effectuated, the United States Marshal shall file the return of service for Defendant;

    c.  In the event the United States Marshal is unable, for any reason, to effect service on the Defendant within 30 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

Dated:   **July 6, 2026**

                                      UNITED STATES MAGISTRATE JUDGE